UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANCE KELLY,

        Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS "D.O.C.",

        Defendant.

19-CV-9332 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 21, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed and signed declaration and a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 21, 2019
           New York, New York

                                            COLLEEN McMAHON
                                          Chief United States District Judge